ORDERED ACCORDINGLY.

Dated: August 20, 2010

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

James B. Ball (#007339)
James E. Shively (#011712)
Poli & Ball, P.L.C.
2999 N. 44th Street, Suite 500
Phoenix, Arizona 85018
(602) 840-1400

Attorneys for AmeriCredit Financial Services, Inc.

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | No. 09-05826-GBN |
|---|---|
| Peter A Belsan and<br>Michele M. Belsan,<br><br>Debtor. | Chapter 13<br><br>**ORDER FOR RELIEF FROM THE AUTOMATIC STAY** |

      This matter having come before this court pursuant to a stipulation between AmeriCredit Financial Services, Inc., the debtor, and Russell Brown, in the capacity as Chapter 13 Trustee, all necessary parties having received notice of the stipulation, and good cause appearing therefore,

      IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

      1.    The above-described stipulation shall be, and hereby is, approved according to its terms and conditions;

POLI & BALL, P.L.C.
2999 N. 44TH STREET, SUITE 500
PHOENIX, ARIZONA 85018
(602) 840-1400

2. All stays, injunctions against lien enforcement, including the automatic stay of 11 U.S.C. Section 362(a), are hereby terminated with respect to the collateral described below:

    2006 DODGE GRANDCARAVAN

    VIN # 1D4GP24R06B624377

3. AmeriCredit Financial Services, Inc. may pursue each and every remedy provided by the agreements between the parties or otherwise provided by non-bankruptcy law, with regard to the recovery of the collateral.

4. Pursuant to A.R.S. § 47-9503, and the terms of the security agreement between the debtor and AmeriCredit Financial Services, Inc., the debtors shall make the above-described property available to AmeriCredit Financial Services, Inc. and shall assist AmeriCredit Financial Services, Inc. in taking possession of same.

5. IT IS FURTHER ORDERED that AmeriCredit Financial Services, Inc. may file an amended proof of claim for any deficiency balance within 30 days of disposition of the collateral or by the claims bar date, whichever is later.

DATED this 20th day of August, 2010.

                                                                  _____
                                                                  U.S. Bankruptcy Court Judge

/s/ Karma Holmes
f:\apps\hotdocs\templates\arizona\stip order relief automatic stay.rtf